IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**CASE NO.  1:00-CR-018-SPM**

**DOYLE PHOMAS,**

    **Defendant.**

_____/

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

**THIS CAUSE** comes before the Court upon the "Motion for Reconsideration" (doc. 41) filed August 1, 2005.  Petitioner raises the same legal arguments in these objections as he did in his motion (*see* doc. 39) and offers no compelling reason for this Court to overturn its earlier ruling (doc. 40).

Accordingly, it is

**ORDERED AND ADJUDGED** that the motion for reconsideration (doc. 41) is hereby *denied.*  No further motions on this issue will be entertained.

**DONE AND ORDERED** this <u>eleventh</u> day of September, 2005.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge

/pao