IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.                                  **CASE NO.  1:00-CR-018-SPM**

**DOYLE PHOMAS,**

       **Defendant.**

_____/

**ORDER DENYING PETITION FOR WRIT OF MANDAMUS**

**THIS CAUSE** comes before the Court upon the "Petitioner [sic] for a Writ of Mandamus . . . ." (doc. 43) filed January 3, 2006.  Petitioner raises the same legal arguments in these objections as he did in his motion to modify sentence (*see* doc. 39) and his motion for reconsideration (doc. 41).  In its order denying reconsideration (doc. 42), the Court advised Plaintiff that no further motions on the issue would be entertained.  The issues raised by Plaintiff have been comprehensively reviewed and disposed of (*see* doc. 40), and further attempts to litigate them may constitute abuse of the judicial process.

    Plaintiff is advised once again that no further motions on these issues will be considered, and is warned that sanctions may be imposed if this order is

disobeyed.

Accordingly, it is

**ORDERED AND ADJUDGED** that the petition for writ of mandamus (doc. 43) is hereby *denied*.

**DONE AND ORDERED** this seventh day of June, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge